# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. Cr. 11-657 (WHW) |
| HOWARD ROBINSON | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant U.S. Attorney, appearing), and the Defendant Howard Robinson (Olubukola Olarogba Adetula, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the Defendant, through his attorney, having consented to the continuance; and two prior continuances having been granted by the Court; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The United States and the Defendant seek additional time to potentially achieve a plea in this matter, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Tile 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 26 day of September, 2012,

ORDERED that the proceedings are continued until December 4, 2012.

                                                  _____
                                                  HONORABLE WILLIAM H. WALLS
                                                  United States District Judge

Consented and Agreed to by:

_____
Danielle Alfonzo Walsman
Assistant United States Attorney

_____
Olubukola Olarogba Adetula
Attorney for Howard Robinson